UNITED STATES COURTS
SOUTHERN DISTRICT OF TEXAS
FILED

NOV 19 2004

██████ N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| BARBARA J. GATLIN,<br>Plaintiff, | §<br>§<br>§ | |
| v. | §<br>§ | CIVIL ACTION NO. |
| DEVON ENERGY CORPORATION,<br>Defendant. | §<br>§<br>§ | H-04-4439 |

## PLAINTIFF, BARBARA J. GATLIN'S, ORIGINAL COMPLAINT

**TO THE HONORABLE JUDGE OF SAID COURT:**

**NOW COMES** Barbara J. Gatlin, hereinafter called Plaintiff, complaining of and about Devon Energy Corporation, hereinafter called Defendant, and for cause of action shows unto the Court the following:

### PARTIES AND SERVICE

1. Plaintiff Barbara J. Gatlin, is an individual and citizen of the United States and the State of Texas and resides in Harris County, Texas.

2. Defendant Devon Energy Corporation, a Delaware Corporation, is a nonresident of the State of Texas. Said Defendant engages or has engaged in business in this State, but does not maintain a regular place of business. This lawsuit arises out of the business done in this State and to which said Defendant is a party. In addition, Defendant has designated Corporation Service Company at 701 Brazos Street #1050 Austin, Texas 78701 as its registered agent for service of process within the State of Texas. Service of said Defendant as described above can be effected by certified mail, return receipt requested.

### JURISDICTION

3. This court has jurisdiction over the lawsuit because the action arises under 29 U.S.C. § 1132. (E.R.I.S.A.) This suit is brought by Plaintiff as a "participant" as defined by that section to recover benefits due to her under the terms of a "plan" more fully defined by 29 U.S.C. § 1002 (1)

1

& (3).

## NATURE OF ACTION

4. This is an action under Title 29 of the Labor Code, Chapter 18, more commonly known as the Employee Retirement Income Security Program ("ERISA"). Plaintiff was provided a health insurance plan through her employment through Defendant's predecessor in interest Ocean Energy, Inc. Prior to this lawsuit Ocean Energy, Inc. was merged into/acquired by Devon Energy Corporation and is collectively referred to herein as Defendant. Defendant has failed to reimburse Plaintiff for funds expended by Plaintiff and which are rightfully recoverable by Plaintiff under the terms of the Plan.

## CONDITIONS PRECEDENT

5. All conditions precedent to jurisdiction have occurred or been complied with.

## FACTS

6  In 2000 and 2001 Plaintiff was an employee of Ocean Energy, Inc. and paid for health insurance benefits provided through her employment with Ocean Energy, Inc. for herself and her son Samuel. During the summer of 2000 it became necessary for Ms. Gatlin to place Samuel in an inpatient mental health care treatment facility, where he stayed from July 1, 2000 thru June 30, 2001. During the course of that treatment she paid the treatment provider (Center for Success and Independence) directly at the rate of $225.00 per day for approximately one year. Pursuant to the terms of the Group Benefit plan provided by Ocean Energy and administered by General American Life Insurance Company, the plan was liable to reimburse Ms. Gatlin for at least 40 days per calendar year for inpatient mental health treatment. Ms. Gatlin properly and timely submitted her claims to the insurance administrator of the plan who has failed and refused and continues to fail and refuse to reimburse Ms. Gatlin for her out-of-pocket expenses.

## BREACH OF CONTRACT

7. As part of Plaintiff's compensation and consideration for Plaintiff's employment with the Defendant, the Defendant was to provide health insurance benefits as above referenced. The

2

failure on behalf of the Defendant to provide those benefits and/or to reimburse the Plaintiff for money expended in accordance with the terms of the employee benefit plan amounts to a breach of the employment contract on behalf of the Defendant.

## DAMAGES

8. Plaintiff sustained the following damages as a result of the actions and/or omissions of Defendant described hereinabove:

    a. $18,000.00 in un-reimbursed expenses/actual economic damages;

    b. All reasonable and necessary Attorney's fees incurred by or on behalf of Plaintiff;

    c. Pre-judgment and Post-judgment interest; and

    c. All reasonable and necessary costs incurred in pursuit of this suit.

## PRAYER

**WHEREFORE, PREMISES CONSIDERED**, Plaintiff, Barbara J. Gatlin, respectfully prays that the Defendant be cited to appear and answer herein, and that upon a final hearing of the cause, judgment be entered for the Plaintiff against Defendant for damages in an amount within the jurisdictional limits of the Court; together with interest as allowed by law; costs of court; attorney fees and such other and further relief to which the Plaintiff may be entitled at law or in equity.

Respectfully submitted,

By: _____
Elton R. Mathis
Attorney-in-Charge
Texas Bar No. 24014568
1203 Avenue C
Katy, Texas 77493
Tel. (281)391-9237
Fax. (281)391-0451
Attorney for Plaintiff
Barbara J. Gatlin

JS 44 (Rev. 3/99)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
Barbara J. Gatlin

## DEFENDANTS
Devon Energy Corporation — Delaware Corp.

(b) County of Residence of First Listed Plaintiff: Harris
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed:
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED

United States Courts
Southern District of Texas
FILED
NOV 1 8 2004
Michael N. Milby, Clerk of Court

(c) Attorney's (Firm Name, Address, and Telephone Number)
Elton R. Mathis
The Adams Law Firm, L.L.P.
1203 Ave. C  Katy, TX 77493
281-391-9237

Attorneys (If Known)

**H-04-4439**

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 620 Other Food & Drug |  | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 423 Withdrawal 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument |  |  |  | ☐ 450 Commerce/ICC Rates/etc |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 320 Assault, Libel & Slander | **PERSONAL INJURY** ☐ 362 Personal Injury— Med. Malpractice ☐ 365 Personal Injury— Product Liability ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws ☐ 640 R.R. & Truck ☐ 650 Airline Regs ☐ 660 Occupational Safety/Health ☐ 690 Other | **PROPERTY RIGHTS** ☐ 820 Copyrights ☐ 830 Patent ☐ 840 Trademark | ☐ 460 Deportation ☐ 470 Racketeer Influenced and Corrupt Organizations ☐ 810 Selective Service ☐ 850 Securities/Commodities/ Exchange |
| ☐ 151 Medicare Act ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 330 Federal Employers' Liability ☐ 340 Marine ☐ 345 Marine Product Liability |  |  |  |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | **PERSONAL PROPERTY** ☐ 370 Other Fraud ☐ 371 Truth in Lending ☐ 380 Other Personal Property Damage ☐ 385 Property Damage Product Liability |  |  | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 160 Stockholders' Suits ☐ 190 Other Contract ☐ 195 Contract Product Liability | ☐ 355 Motor Vehicle Product Liability ☐ 360 Other Personal Injury |  | **LABOR** ☐ 710 Fair Labor Standards Act ☐ 720 Labor/Mgmt. Relations ☐ 730 Labor/Mgmt.Reporting & Disclosure Act ☐ 740 Railway Labor Act ☐ 790 Other Labor Litigation ☒ 791 Empl. Ret. Inc. Security Act | **SOCIAL SECURITY** ☐ 861 HIA (1395ff) ☐ 862 Black Lung (923) ☐ 863 DIWC/DIWW (405(g)) ☐ 864 SSID Title XVI ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts ☐ 892 Economic Stabilization Act ☐ 893 Environmental Matters ☐ 894 Energy Allocation Act ☐ 895 Freedom of Information Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** |  |  | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 210 Land Condemnation ☐ 220 Foreclosure ☐ 230 Rent Lease & Ejectment ☐ 240 Torts to Land ☐ 245 Tort Product Liability ☐ 290 All Other Real Property | ☐ 441 Voting ☐ 442 Employment ☐ 443 Housing/ Accommodations ☐ 444 Welfare ☐ 440 Other Civil Rights | ☐ 510 Motions to Vacate Sentence Habeas Corpus: ☐ 530 General ☐ 535 Death Penalty ☐ 540 Mandamus & Other ☐ 550 Civil Rights ☐ 555 Prison Condition |  | **FEDERAL TAX SUITS** ☐ 870 Taxes (U.S. Plaintiff or Defendant) ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 950 Constitutionality of State Statutes ☐ 890 Other Statutory Actions |

## V. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
(Cite the U.S. Civil Statute under which you are filing and write brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

29 USC § 1132    Breach of employment contract relating to provision of health insurance benefits

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $ 18,000.00 And Attorney fees

CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☒ No

## VIII. RELATED CASE(S) IF ANY
(See instructions):
JUDGE
DOCKET NUMBER

DATE: 11-19-04
SIGNATURE OF ATTORNEY OF RECORD: Elton R. Mathis

FOR OFFICE USE ONLY